IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00985-KMT

CARDELL H. CHEEKS,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on September 16, 2015 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Cardell H. Cheeks and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.  It is

FURTHER ORDERED that Plaintiff, Cardell H. Cheeks is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED at Denver, Colorado this 16th day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz
M. Ortiz, Deputy Clerk